UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| In re: | ) | CASE NO: 18-44199-399 |
| LaMont Cross, | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| Debtor, | ) | **DEBTOR'S MOTION TO** |
| | ) | **DISMISS CASE** |
| | ) | |
| _____ ) | | No Hearing Date Set |

MOTION TO DISMISS CHAPTER 13 CASE

**WARNING: THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE OF WHICH WILL BE SENT TO YOU IF YOU FILE A RESPONSE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

# MOTION TO DISMISS CHAPTER 13 CASE

COMES NOW DEBTOR, LaMont Cross, by and through his attorney, Rochelle D. Stanton, and hereby dismisses his present Chapter 13 case.

WHEREFORE, Debtor prays the Court to enter its Order granting Debtor's Motion to Dismiss Case.

Dated: August 1, 2018          \_\_\_\_/s/Rochelle Stanton_____
ROCHELLE D. STANTON, MO Bar #49641
745 Old Frontenac Square, Ste. 202
Frontenac, MO  63131
(314)991-1559
(314)991-1183 FAX
rstanton@rochelledstanton.com

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on August 1, 2018, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on August 1, 2018.

\_\_\_\_/s/Rochelle Stanton_____
ROCHELLE D. STANTON, MO Bar #49641
745 Old Frontenac Square, Ste. 202
Frontenac, MO  63131
(314)991-1559
(314)991-1183 FAX
rstanton@rochelledstanton.com

Internal Revenue Service
P.O. Box 7317
c/o Missouri Cases
Philadelphia, PA 19101-7317

Missouri Department of Revenue
General Counsels Office
P.O. Box 475, Mail Stop 202
Jefferson City, MO 65105-0100

United States Attorney
111 So. 10th Street
20th Floor
Saint Louis, MO 63102

Exeter Finance Corp.
222 Las Colinas Bld., W
Irving, TX 75039

Quantum3 Group, LLC
P.O. Box 788
Kirkland, WA 98083-0788

St. Louis County Collector of Revenue
41 S. Central Ave.
Saint Louis, MO 63105

Sworn and executed under penalty of perjury this 1st day of August, 2018 at Frontenac, Missouri.

\_\_\_\_\_/s/Rochelle Stanton_____
ROCHELLE D. STANTON, MO Bar#49641
745 Old Frontenac Square, Ste. 202
Frontenac, MO 63131
(314)991-1559
(314)991-1183
rstanton@rochelledstanton.com