**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

| | |
|---|---:|
| **In re** | **Case No.: 18–44199 – A659** |
| **Debtor(s):** | **Chapter: 13** |
| LaMont Cross – See below for reported alias information. | |
| xxx–xx–6934 – | |
| – See below for reported alias information. | |
| – | |

## NOTICE OF UNPAID FILING FEE

The above case has been dismissed by Order of the Court. At the time of dismissal, $155.00 dollars remained due and owing for the filing fee in this case. Pursuant to the Order of Dismissal, notice is hereby given to the Chapter 13 Trustee to pay such fees before returning any funds to the debtor.

Dana C. McWay
Clerk of Court

Dated: 8/1/18
St. Louis, Missouri
Rev. 4/16 upff

**Reported Alias Information:**
LaMont Cross –
–